Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COLE AND EARL COLE, | No. C 06 0581 MHP |
| Plaintiff, | Before the Honorable MARILYN H. PATEL |
| vs. | [~~PROPOSED~~] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ASTRAZENECA PHARMACEUTICALS; L.P.; ASTRAZENECA, L.P.; ELI LILLY AND COMPANY, | Conference Date: JUNE 5, 2006<br>Conference Time: 4:00 p.m.<br>Location: Courtroom 15, 18TH Fl. |
| Defendant. | |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 5, 2006 Case Management Conference ("CMC") to September 26, 2006, at 4:00 pm. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: May 23, 2006

HONORA[BLE]
Unite[d States]

*Judge Marilyn H. Patel*

IT IS SO ORDERED

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1