```
LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COLE AND EARL COLE,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY,<br><br>　　　Defendants. | Case No. C 06 0581 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.**<br><br>HON. MARILYN HALL PATEL |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss without prejudice defendants ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., from the above-captioned action.

Dated: May 26, 2006                              **LEVIN SIMES KAISER & GORNICK LLP**

                                                                _____
                                                                Dennis J. Canty
                                                                Attorneys for Plaintiff

5/31/2006

*IT IS SO ORDERED*
Judge Marilyn H. Patel

VOLUNTARY DISMISSAL                                              PAGE 1